Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL DRESSEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.<br><br>2:18-cv-06718-JFW-GJS<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

    NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this November 20, 2018.

               By: /s/Adrian R. Bacon
                  Adrian R. Bacon, ESQ.

# CERTIFICATE OF SERVICE

Filed electronically on November 20, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on November 20, 2018, to:

To the Honorable Court, all parties and their Counsel of Record

This 20th Day of November, 2018.

By: /s/ Adrian R. Bacon
    Adrian R. Bacon, ESQ.